IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 12-cv-00224-MSK-KMT

ROSE MARY WEST,

    Plaintiff,

v.

ST. VINCENT HOSPITAL,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER comes before the Court on the Joint Stipulated Motion to Dismiss With Prejudice (Motion) **(#29)** filed September 10, 2012. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and all claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

DATED this 11th day of September, 2012.

                        **BY THE COURT:**

                        */s/ Marcia S. Krieger*

                        Marcia S. Krieger
                        United States District Judge